**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ARDEN VAN UPP,

        Debtor.

_____/

SAMUEL H. SLOAN,

        Appellant,

v.

DAVID A. BRADLOW,

        Appellee.

_____/

No. C 10-00204 SI
No. C 10-00396 SI
No. C 10-00577 SI
No. C 10-00578 SI

**JUDGMENT**

    These actions are dismissed for lack of standing.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 12, 2010

_____
SUSAN ILLSTON
United States District Judge