FILED
MAR 17 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 04 2010
SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>ARDEN VAN UPP,<br><br>        Debtor.<br>_____<br><br>SAMUEL H. SLOAN,<br><br>        Appellant,<br><br>v.<br><br>DAVID A. BRADLOW,<br><br>        Appellee.<br>_____ | BAP Nos.  NC-10-1015  *10-577 SI*<br>                 NC-10-1034  *10-578 SI*<br><br>Bk. No.   09-31932<br><br><br><br><br><br><br><br><br>**AMENDED ORDER TRANSFERRING<br>APPEALS IN THE INTERESTS OF<br>JUSTICE**[1] |

Before:   PAPPAS and MARKELL, Bankruptcy Judges.

These appeals have been judicially reviewed. Appellant filed two notices of appeal in the above-referenced bankruptcy case. The notices of appeal were forwarded to the BAP and

---

[1] This order was originally entered on February 4, 2010. It is being re-issued and re-served since the final two paragraphs contained typographical errors regarding the appeal numbers for the appeals transferred to district court. BAP Appeal Nos. CC-10-1015 and CC-10-1034 have been transferred to district court.

assigned BAP Nos. NC-10-1015 and NC-10-1034.

A review of the electronic docket for the United States District Court for the Northern District of California indicates that these notices of appeal were also filed with the district court and assigned District Court Nos. 3:10-cv-00204-SI and 3:10-cv-00396-SI.

Based on our review of the notices of appeal and the orders on appeal, to avoid any complications or confusion resulting from the pendency of duplicate appeals, we will transfer BAP Nos. NC-10-1015 and NC-10-1034 to the district court in the interests of justice and judicial economy. See 9th Circuit BAP Rule 8001(e)-1(a).

Accordingly, BAP Nos. NC-10-1015 and NC-10-1034 are hereby ORDERED TRANSFERRED to the United States District Court for the Northern District of California.